*General Rugg* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 174. ELLIS *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Joseph W. Cox* and *F. Hunter Creech* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *William W. Scott* for the United States.

No. 175. WEED & BROTHER *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. Donald Horne* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch, Paul D. Miller,* and *George H. Foster* for the United States.

No. 177. CHESAPEAKE & OHIO RY. Co. *v.* RUSSO, ADMINISTRATOR; and

No. 178. SAME *v.* SAME. October 13, 1930. Petition for writs of certiorari to the Appellate Court of Indiana and to the Supreme Court of Indiana denied. *Mr. Albert H. Cole* for petitioner. *Mr. Henry M. Dowling* for respondent. Reported below: 163 N. E. 283.

No. 184. MATHIS *v.* LIGON ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. C. Dale Wolfe* and *W. M. Haulsee* for petitioner. No appearance for respondents.